UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
Criminal Minutes- Initial Appearance and Arraignment and Plea

Cr. No. 14-47-DLB-CJS-003                                                                                              10/20/2014

U.S. vs. **JESSICA MILLER**                                                    <u>X</u>  Present    <u>X</u>  Custody

**DOCKET ENTRY:**  ●Defendant's oral request for discovery under Rule 16 is noted of record.

PRESENT:   **HON. CANDACE J. SMITH, U.S. MAGISTRATE JUDGE**

**Tammy Ziegelmeyer**           **KYED-COV_2:14-CR-47-DLB-CJS_20141020_141405**
Deputy Clerk                              Audio File Number

I, Deputy Clerk Tammy Ziegelmeyer, CERTIFY the official record of this proceeding is an audio file.

**Jason Denney for**
**Elaine Leonhard**              **Edward L. Metzger, III**
Assistant U.S. Attorney        Attorney for Defendant          <u>X</u>  Present    <u>X</u>  Appointed

| | |
|---|---|
| X | Copy of Indictment given to Defendant. |
| X | Ordered **Edward L. Metzger, III** appointed Defendant's Attorney under the Criminal Justice Act. |
| X | Defendant waives formal arraignment. |
| X | Defendant waives reading of the Indictment. |
| X | Defendant entered a plea of **NOT GUILTY TO THE INDICTMENT**. |
| X | Final Pretrial Conference set for **December 16, 2014, at 1:30 p.m. before District Judge David L. Bunning at Covington.** |
| X | Jury Trial is set for **January 5, 2015, at 10:00 a.m. before District Judge David L. Bunning.** Counsel to be present in court at 9:30 a.m. **Estimated length of trial is 4 days.** |
| X | Upon oral motion for detention by the United States, a Detention Hearing will be held on **Wednesday, October 22, 2014, at 9:30 a.m.** before the undersigned. |
| X | Defendant remanded to the custody of the U.S. Marshal. |

Signed By:

*Candace J. Smith*

United States Magistrate Judge

USA/USPO/USM/CJA/L. Metzger                                                          Deputy Clerk Init. **tjz**
TIC: 7 mins.

G:\DATA\Orders\criminal cov\2014\14-47-DLB-CJS-3 ia & arraign mins.wpd