**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**
**Criminal Minutes - Detention Hearing**

Cr. No. 14-47-DLB-CJS-003                                                        10/22/2014

U.S. vs. **JESSICA MILLER**                                    X  Present    X  Custody

PRESENT:    **HON. CANDACE J. SMITH, U.S. MAGISTRATE JUDGE**

| **Lynn Voskuhl** | **Joan Averdick** | **Elaine Leonhard** |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

**E. Lee Metzger**
Attorney for Defendant                     X  Present    X  Appointed

**PROCEEDINGS:  DETENTION HEARING**

       The Court, having heard from counsel; and the United States informing that upon reconsideration after receiving the Pretrial Services Report, the Government believes that this Defendant can be released on bond pending trial; and the Court having been duly and sufficiently advised, **IT IS ORDERED** as follows:

1)       The United States' oral motion for pretrial detention is **DENIED AS MOOT.**

2)       Defendant is released on her own recognizance with pretrial release conditions imposed, the Court having taken into account the relevant available information from the Pretrial Services Report and counsel concerning appropriate conditions to reasonably assure Defendant's appearance and the safety of any other person and the community.  Appearance Bond and Order Setting Conditions of Release entered concurrently herewith.

Signed By:

*Candace J. Smith*

**United States Magistrate Judge**

USA/USPO/USM/CJA/L. Metzger                                          Deputy Clerk Init.  **lv**
TIC: 12 mins.

G:\DATA\Orders\criminal cov\2014\14-47-DLB-CJS-3 detn hrg mins.wpd