# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON
### ***ELECTRONICALLY FILED***

**CRIMINAL ACTION NO.:  14-CR-47-DLB-CJS-003**

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**V.**

**ERIC MEADE,** *et al.*                                                         **DEFENDANTS**

### ORDER

This matter has come before the Court on Defendant Jessica Miller's Motion for Re-Arraignment.  The Court, having reviewed the Motion and being otherwise sufficiently advised, now orders that said Motion should be and hereby is **GRANTED.**  A separate Order will set the date and time for such Re-Arraignment.

**SO ORDERED** this _____ day of _____, 2014.

_____
**JUDGE, UNITED STATES DISTRICT COURT**

**ORDER PREPARED BY:**

**/s/ Edward L. Metzger III**
Edward L. Metzger III (KBA #94138)
40 W. Pike Street
Covington, KY 41011
(859) 394-6200 – Phone
(859) 392-7260 – Fax
LMetzger@aswdlaw.com
*Attorney for Defendant,*
*Jessica Miller*

      cc:      All counsel of record